Decided January 15, 1998

STATE OF CONNECTICUT *v.* VICTOR TORRES

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 149 (AC 14279), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Susan M. Hankins*, assistant public defender, in support of the petition.

*Harry Weller*, assistant state's attorney, in opposition.

Decided January 15, 1998